**Willis CLARK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35696.**

Missouri Court of Appeals,
Western District.

Jan. 29, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 2, 1985.

Application to Transfer Denied May 29, 1985.

William E. Shull, Kearney, for appellant.

John Ashcroft, Atty. Gen., Thomas Carter, II, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and NUGENT and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion to vacate conviction for first degree murder, and sentence of life imprisonment. See 592 S.W.2d 709.

Judgment affirmed. Rule 84.16(b).